# United States District Court

__Southern__ DISTRICT OF __Florida__

UNITED STATES OF AMERICA
V.

**LIDIA HERRERA**

## WARRANT FOR ARREST

CASE NUMBER: **00-4060**

To: The United States Marshal
and any Authorized United States Officer

**MAGISTRATE JUDGE SNOW**

YOU ARE HEREBY COMMANDED to arrest _____ **LIDIA HERRERA** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**ARMED ROBBERY**

in violation of Title __18__ United States Code, Section(s) __371, 1951(a)de Section__

**Clarence Maddox** | **Clerk of the Court**
Name of Issuing Officer | Title of Issuing Officer

_[signature]_ | March 23, 2000   Ft Lauderdale, Florida
Signature of Issuing officer | Date and Location

Bail fixed at $ __Pre-Trial Detention Requested__ by _[signature]_ **Chief Magistrate Judge Lurana S. Snow**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __LIDIA HERRERA__

ALIAS: _____

LAST KNOWN RESIDENCE: __119 Santillane #6, Coral Gables, Florida__

LAST KNOWN EMPLOYMENT: __Royal Carribean Cruise Lines__

PLACE OF BIRTH: __Cuba__

DATE OF BIRTH: __01-12-1960__

SOCIAL SECURITY NUMBER: _____

HEIGHT: __5'2"__                                       WEIGHT: __170__

SEX: __Female__                                        RACE: __White__

HAIR: __Red__                                          EYES: __Brown__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __Federal Bureau of Investigation, 16320 NW 2nd Ave., N. Miami Beach, Florida 33169__