CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LIDIA HERRERA (J)    CASE NO: 00-4060-SNOW
AUSA: TERESA VAN VLIET / King    ATTY: Russell Williams (temp)
AGENT: ___    VIOL: Bernardo Lopez
PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND 100,000 PSB
BOND HEARING HELD - yes/no  stip    COUNSEL APPOINTED FPD
       BOND SET @    100,000 PSB
       SPECIAL CONDITIONS:  ( Cosigned by parents )

FILED by ___ D.C.
APR - X 2000
CLARENCE MADDOX
CLERK U.S. DIST
S.D. FLA - FT. LAUD.

1) To be cosigned by: ___
2) Rpt to PTS  2  x's a wk/month by phone;  /  x's a wk/month in person
3) Travel extended to: ___
4) surrender passport (left says she doesn't have one)
5) No firearms

Advised of charges - temp cnsl present
Inquire for appt'mt of counsel

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
                       PTD/BOND HRG:
                       PRELIM/ARRAIGN:  4-27-11  LSS
                       REMOVAL HRG:
                       STATUS CONF:

Date: 4/7/00   Time 9:30    FTL/LSS
                            TAPE #00- 020  Begin: 343-7  End: 338
                            and 031