UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55235-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-4060-Snow
                          )   REPORT COMMENCING CRIMINAL
       -vs-               )              ACTION
                          )
LIDIA HERRERA             )
              Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-7-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: ARMED ROBBERY

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 1-12-60

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date:              (9) Arresting Officer:

(10) Agency:           (11) Phone:

(12) Comments: