# United States District Court

__Southern__ DISTRICT OF __Florida__

UNITED STATES OF AMERICA

V.

**LIDIA HERRERA**

**WARRANT FOR ARREST**

CASE NUMBER: **00-4060**

To: The United States Marshal
and any Authorized United States Officer

**MAGISTRATE JUDGE**
**SNOW**

YOU ARE HEREBY COMMANDED to arrest __**LIDIA HERRERA**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**ARMED ROBBERY**

in violation of Title __18__ United States Code, Section(s) __371, 1951(a)de Section__

| | |
|---|---|
| **Clarence Maddox**<br>Name of Issuing Officer | **Clerk of the Court**<br>Title of Issuing Officer |
| Signature of Issuing officer | March 23, 2000, Ft Lauderdale, Florida<br>Date and Location |
| Bail fixed at $ __Pre-Trial Detention Requested__ | by Chief Magistrate Judge Lurana S. Snow<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Ft. Lauderdale, Fl

| DATE RECEIVED<br>3/23/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>4/7/2000 | FOR: FBI | Fred Depompa, SDUSM |

