## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LIDIA HERRERA (B)          CASE NO: 00-4060-SNOW
AUSA: TERESA VAN VLIET / Milian  ATTY: FPD - Tim Day
AGENT: _____           VIOL: for Berube
PROCEEDING ARRAIGNMENT           RECOMMENDED BOND
BOND HEARING HELD - yes/no       COUNSEL APPOINTED

FILED by APR 2 7 2000 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. FT. LAUD.

_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Waiver of timely prelim executed

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:  5-11   //  BSS
                         REMOVAL HRG:
                         STATUS CONF:
Date: 4-27-00  Time 11:00  FTL/LSS  TAPE #00- 077  Begin: 604  End: 700