| | | | |
|---|---|---|---|
| DEFT: | Lidia Herrera (B) | CASE NO: | 00-4060-Snow |
| AUSA: | Theresa Van Vleit /Kaplan | ATTNY: | FPD Benuly |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

FILED by ____ D.C.
MAY 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

*Waives timely prelim/
arraignment/
Matter reset*

NEXT COURT APPEARANCE: ____  DATE: ____  TIME: ____  JUDGE: ____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN OR REMOVAL: 5-25-00   9:30   Snow
STATUS CONFERENCE: _____

DATE: 5-11-00     TIME: 11:00am     TAPE # 00-035   PG # 3
676-850