UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-4060-Snow__

UNITED STATES OF AMERICA

v.
Lidia Herrera

5-11-00

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: __May 11, 2000__     _____
                              DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within __20__ days from the defendant's initial appearance has stated ~~he~~/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and ~~the defendant is bound over for proceedings in the U.S. District Court.~~ This matter is re-set to 9:30 am. on May 25, 2000.

DATED: __May 11, 2000__     _____
                              BARRY S. SELTZER
                              UNITED STATES MAGISTRATE JUDGE