## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LIDIA HERRERA (B)           CASE NO: 00-6137-CR-DIMITROULEAS

AUSA: THERESA VAN VLIET /Rosenthal/  ATTY: FPD -

AGENT: _____       VIOL: _____

PROCEEDING ARRAIGNMENT              RECOMMENDED BOND _____

BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

FILED by D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

                          PTD/BOND HRG: _____

                          PRELIM/ARRAIGN: _____

                          REMOVAL HRG: _____

                          STATUS CONF:   JUNE 9    11   SELTZER

Date: 5-25-00   Time 9:30   FTL/LSS TAPE #00- 026   Begin: 1/   End: 138

