UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

LIDIA HERRERA

ARRAIGNMENT INFORMATION SHEET

FILED by D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____FEDERAL PUBLIC DEFENDER_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED:  $_____CON'T AS SET_____

Bond hearing held: yes_____  no____ Bond hearing set for_____

Dated this __25TH__ day of __MAY_____,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Jenny Butler_____
                                        Deputy Clerk

                                    Tape No. ___00- 026_____

cc: Copy for Judge
    U. S. Attorney

