DEFT: Lidia Herrerra (no deft)     CASE NO: 00-6137-CR-Dimtrouleas
AUSA: Theresa Van Vliet by Lynn Rosenthal   ATTNY: FPD - Robert Berube
AGENT: _____     VIOL: _____
PROCEEDING: Status Conference     BOND REC: _____
BOND HEARING HELD - yes/no     COUNSEL APPOINTED: FILED by ___ D.C.
___ BOND SET @ _____       JUN 9 2000
CO-SIGNATURES: _____       CLERK U.S. DIST. CT.
SPECIAL CONDITIONS: _____      S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House:
    Electronic Monitoring

Parties will meet to discuss discovery
3 Day Trial

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6-9-00   TIME: 11:00am   TAPE # 00-047   PG # 251-