UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

LIDIA HERRERRA,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 9, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order; transcripts will be delivered to defense counsel within the next few days. The Government further represented that no motions are currently pending. The Government is ready to proceed and anticipates that this matter will require three days to try.

2.     Defense counsel informed the Court that he has not yet received the Government's discovery response. Given the Government's representation that it provided discovery before this matter was actually indicted, defense counsel will contact the prosecutor assigned to this case to resolve any miscommunication and acquire the

1



appropriate discovery materials.

DATED at Fort Lauderdale, Florida this _____ day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Theresa Van Vliet, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant