# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6137-CR-WPD    DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs. A. Herrera, L. Herrera, J. Vega

U.S. ATTORNEY: Melissa Vlck Visit    DEFT. COUNSEL: D. Tarlow, R. Berube, M. Gottlieb

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Dfts Alipio Herrera & Jesus Vega's M/Continue granted. The Court resets trial for 7/17 and finds the time from today until trial is deemed Excludable.

Deft Lida Herrera to enter Guilty plea. Court sets Change of Plea for 6/30 @ 1:30

JUDGMENT: _____

CASE CONTINUED TO: 6/30/00    TIME: 1:30    FOR: C/P on Lidia

MISC: 7/14/00 @ 9:00    Cal Call    Alipio Herrera
7/17/00 @ 9:00    Trial Period    Jesus Vega