**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-Cr-WPD   DATE: June 30, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Lidia Herrera

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: Robert Bembe

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 3. Gov't to dismiss remaining counts at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/8/00   TIME: 1:30   FOR: Sentencing

MISC: No written plea agreement

