UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIDIA HERRERA,

    Defendant.

_____/

## MOTION TO RESET SENTENCING

The Defendant, Lidia Herrera, through counsel, files this Motion to Reset Sentencing and states;

Sentencing is presently scheduled for Friday, August 8, 2000 at 1:30 p.m.

Undersigned counsel requests that the sentencing date be advanced so that he may participate in a family vacation.

It is requested that the sentencing be scheduled for Monday, August 28 or Tuesday August 29, 2000. If this time is not available, undersigned counsel requests that the sentencing be delayed until September 12, 13, 14 or 15, 2000.

Assistant United States Attorney Theresa Van Vliet was called regarding this request, she was unavailable for comment.



WHEREFORE, undersigned counsel requests that the sentencing be changed to any available opening on the dates referenced above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 10th day of July, 2000, to Theresa Van Vliet, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Marylynn Westfield, United States Probation Officer, 300 NE First Avenue, Room 315, Miami, Florida 33132-2126

*[signature]*

Robert N. Berube