UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6137-CR-DIMITROULEAS

    Plaintiff,

vs.

LIDIA HERRERA,

    Defendant.
_____/

**ORDER**

THIS CAUSE having been heard upon Defendant's July 10, 2000 Motion To Reset Sentencing [DE-75] and the Court notes that Defendant did not comply with S.D. Florida Local Rule 7.1A(2) in that Defendant failed to include a proposed order, the Court, nevertheless, grants the motion. Sentencing is reset until August 28, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD

Theresa Van Vliet, AUSA

United States Probation Office

