UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIDIA HERRERA,

    Defendant.

_____/



## DEFENDANT'S AMENDED OBJECTIONS TO
## THE PRESENTENCE INVESTIGATION REPORT

The Defendant, Lidia Herrera, through counsel, files her Amended Objections to the Presentence Investigation Report and states;

**Amendment to Objection 5, Page 9, Paragraph 28, "Acceptance of Responsibility";**

Mrs Lidia Herrera submitted to a urinalysis test on Friday, August 25, 2000 at Toxicology Consultants (305) 593-1595. A test was administered to detect the presence of marijuana and\or cocaine. The test came back negative for these controlled substances. The specimen was collected under direct observation by employees of Toxicology Consultants.

Mrs. Lidia Herrera requests that the Presentence Investigation Report be amended to take into consideration the three point reduction pursuant to Chapter 3E1.1 of the Federal Sentencing Guidelines.



WHEREFORE, the Defendant, Lidia Herrera prays that the Court take this additional information into consideration prior to imposing sentence.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 25 day of August, 2000, to Theresa Van Vliet, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to Marilyn G. Westfield, United States Probation Officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132. A courtesy copy is being provided to Richard Janes, United States Probation Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida. U.S.P.O. Westfield may be on annual leave at the time of sentencing.

*[signature]*

Robert N. Berube

**EXHIBIT 1**

THIS SPECIMEN WAS COLLECTED UNDER DIRECT OBSERVATION
SUBMISSION FORM AND ANALYSIS REPORT

| SPECIMEN PROVIDER'S INFORMATION | TOXICOLOGY TESTING SERVICE, INC. 5426 N W 79th AVENUE MIAMI, FLORIDA 33166 (305) 593-1595 / 593-2260 REPORTS WILL BE SENT TO AGENCY INDICATED IN THIS BOX | SUBMITTING AGENCY INFORMATION |
|---|---|---|
| NAME: LIDIA HERRERA | ROBERT N. BERUBE, ESQ. ASSISTANT FED. PUBLIC DEF. 101 N.E. 3rd AVENUE, # 202 FT. LAUDERDALE, FL 33301 (954) 356-7455 | SPECIMEN OBTAINED, SEALED AND STORED BY: Robert McCabe |
| SIGNATURE OR INITIALS: /s/ Lidia Herrera | | NAME AND ADDRESS OF COLLECTION SITE: **TOXICOLOGY TESTING SERVICE, INC.** 5426 N.W. 79th AVENUE MIAMI, FLORIDA 33166 |
| CODE NUMBER: 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 | DATE & TIME COLLECTED & SEALED: 8/25/00 11:50 AM | |

SCREEN REQUESTED:
☐ AGENCY ROUTINE  ☐ CANNABINOIDS  ☐ COCAINE  ☐ BARBITURATES  ☐ OPIATES  ☐ BENZODIAZEPINES
☐ ALCOHOL  ☐ PCP  ☐ AMPHETAMINES  ☐ METHAQUALONE  ☐ METHADONE  ☐ PROPOXYPHENE  ☐ TRICYCLIC ANTIDEPRESSANTS
☐ TOXILAB  ☐ GC-MS ON POSITIVES  ☐ NICOTINE  ☐ CAFFEINE  ☒ OTHER, SPECIFY: TEST JUST FOR MARIJUANA AND COCAINE
FLORIDA DRIVER'S LICENSE N° H660-520-60-512-0

**DRUG SCREEN RESULTS**
☒ NEGATIVE FOR DRUGS REQUESTED
☐ CONFIRMATION NOT REQUESTED
☐ POSITIVE FOR _____
COMMENTS: _____

**CONFIRMATION RESULTS**
☐ NEGATIVE
☐ POSITIVE FOR _____
☐ POSITIVE _____ NG ML THC METABOLITE
CONFIRMATIONS PERFORMED BY GAS CHROMATOGRAPHY / MASS SPECTROMETRY

LABORATORY REFERENCE NUMBER: 23057

SAMPLES CHECKED AND TRANSFERRED TO PERMANENT STORAGE
INITIALS & DATE: 8/24/00
DIRECTOR/SUPERVISOR: /s/

961692

TTSMISC **961692**
HAND WRITTEN NO | BAR CODE