**CRIMINAL MINUTES**
FILED by ___ D.C.
AUG 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD   DATE: August 28, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Lidia Herrera

U.S. ATTORNEY: Teresa Van Vliet   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
5 months BOP, 1 year Supervised Release with the first 5 months to be spent in home detention, No Fine, $100.00 assessment

Deft Remanded to Custody.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft Informed of Right to Appeal.

