# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**LIDIA HERRERA**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06137-002**

Robert Berube, AFPD/Teresa Van Vliet, AUSA

**THE DEFENDANT:**

Defendant's Attorney

☒ pleaded guilty to count(s)  **3**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 4 | Knowingly and Willfully having knowledge of the actual commission of a felony and not immediately making the commission of felony known to one of authority | 03/06/2000 | 3 |

FILED by _____ D.C.

AUG 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **01/12/1960**
Defendant's USM No.: **55235-004**
Defendant's Residence Address:
**119 Santillane Avenue**
**Apartment # 6**
**Coral Gables**, FL 33134

Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**, FL 33132

08/28/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

August 29, 2000
Date

DEFENDANT: **LIDIA HERRERA**
CASE NUMBER: **0:00CR06137-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___5___ **month(s)** ___.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _9-20-00_ to _FCC Coleman, SP_
at _Coleman, FL_ , with a certified copy of this judgment.

_Carlyle I. Holder, Warden_
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal