**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6137-CR-DIMITROULEAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALIPIO HERRERA, et al )<br>)<br>)<br>Defendant. )<br>_____ ) | **NIGHT BOX**<br>**FILED**<br><br>DEC 1 2000<br><br>CLARENCE MADDOX<br>CLERK, USDC / SDFL / FTL |

### NOTICE OF RE-ASSIGNMENT

The United States of America, through the undersigned Assistant United States Attorney, respectfully notifies the Court of assignment of the above-captioned case to the undersigned Assistant United States Attorney.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court ID Number A5500077
500 East Broward Blvd
Ft. Lauderdale, Florida 33394
Telephone Number: (954) 356-7255, Ext 3513
Fax Number: (954) 356-7336
Email Address:donald.chase@justice.usdoj.gov



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail on December 1, 2000, upon: David Michael Tarlow, Esquire, Spencer & Klein, 801 Brickell Avenue, Suite 1901, Miami, FL 33131; Robert Norman Berube, Public Defender, Federal Public Defender's Office, 101 N.E. 3rd Street, Suite 202, Ft. Lauderdale, FL 33301; Thomas Franklin Almon, Jr., 321 N.E. 26th Street, Miami; FL 33137 and Michael Alan Gottlieb, Esquire, 1311 S.E. 2nd Avenue, Ft. Lauderdale, FL 33316.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court ID Number A5500077
500 East Broward Blvd
Ft. Lauderdale, Florida 33394
Telephone Number: (954) 356-7255, Ext 3513
Fax Number: (954) 356-7336
Email Address: donald.chase@justice.usdoj.gov