PROB 12C                                          SD/FL PACTS No. 63465
(SD/FL 9/96)

# United States District Court

for

### SOUTHERN DISTRICT OF FLORIDA

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **HERRERA, LIDIA**                    Case Number: 00-6137-CR-WPD

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, US District Court Judge

Date of Original Sentence: August 28, 2000

Original Offense:     Knowingly and Willfully having Knowledge of the Actual Commission of a felony and not Immediately Making the Commission of the Felony Known, in violation of Title 18, US Code, Section 4.

Original Sentence:    Five (5) months custody of the Bureau of Prisons, followed by one (1) year of supervised release, the first five (5) months of the period of supervised release to be spent on home detention, with the special condition to participate in an approved program for mental health and substance abuse as directed by the probation officer. Participation may include inpatient/outpatient treatment if deemed necessary. Defendant shall contribute to the costs of services rendered (co-payment) in amount to be determined by the probation officer, based on ability to pay or availability of third party payment.

Type of Supervision: Supervised Release             Date Supervision Commenced: January 24, 2000

Assistant U.S. Attorney:                    Defense Attorney:
Theresa M.B. Van Vliet                      Robert Berube, AFPD
500 E. Broward Boulevard, 7th Floor         101 N. E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301               Ft. Lauderdale, Florida 33301

## PETITIONING THE COURT

[]      To issue a warrant
[x]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 63465

Name of Offender: **LIDIA HERRERA**          Case Number: 00-6137-CR-WPM

| Violation Number | Nature of Noncompliance |
|---|---|

1.          **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about November 26, 2001, the supervised releasee, submitted a urine specimen which tested positive for the presence of cocaine in our laboratory. Additionally, on November 27, 2001, she signed an "Admission of Drug Use Form," admitting to the use of cocaine on or about November 22, 2001.

U.S. Probation Officer Recommendation:

[]          The term of supervision should be
[]          revoked.
[]          extended for _ years, for a total term of _ years.

[X]          The conditions of supervision should be modified as follows:

The offender shall report twice a week, every Monday and Thursday, effective Monday November 26, 2001. Additionally, the she will terminate supervision on January 23, 2002.

Respectfully submitted,

by

Tiwanna Johnson
U.S. Probation Officer
Phone: (305) 808-6417
Date: December 3, 2001

THE COURT ORDERS:

[ ]          No Action
[X]          The Issuance of a Warrant
[ ]          The Issuance of a Summons
[ ]          Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

12/7/01
Date