PROB 19

# UNITED STATES DISTRICT COURT
for
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs HERRERA, Lidia

Docket No. 00-6137-CR-WPD
SD/FL PACTS No. 63465

TO:[1] ANY U. S. MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Lidia Herrera | F | W/H | 50 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 119 Santillane Avenue, #6, Coral Gables, FL 33134 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| SD/FL Ft. Lauderdale | 08/28/00 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| SD/FL Ft. Lauderdale |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 12/19/01 |

| RETURN |
|---|

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 12/19/01 | 12/20/01 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS, Miami, FL |

| NAME | (BY) | DATE |
|---|---|---|
| Edward Stubbs, Acting US Marshal S/D FL | Barry Golden, ASDUSM | 12/20/01 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."