UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-cr-Dimitrouleas

UNITED STATES OF AMERICA,

vs.

Lidia Herrera

FILED by MAG. SEC. D.C.
DEC 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows:

Probable Cause hearing set on December 31, 2001 @ 10:00 a.m.

DONE AND ORDERED at Miami, Florida this 20th day of December, 2001.

TAPE NO: 2001 G

UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor