FILED by _____ D.C.
MAG. SEC.

DEC 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  ]   CASE NUMBER: CR 00-6137-CR-WPD
         Plaintiff        ]
       -vs-               ]   REPORT COMMENCING CRIMINAL
                          ]            ACTION
                          ]
  Lidia Herrera           ]      55235-004
         Defendant              USMS Number

*********************************************************
TO: CLERK'S OFFICE   (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
*********************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12-20-01   1115  (AM) X   PM ___

(2) LANGUAGE SPOKEN: English + Spanish

(3) OFFENSE(S) CHARGED: Probation Violation

(4) UNITED STATES CITIZEN:   ( ) YES   (X) NO   ( ) UNKNOWN

(5) DATE OF BIRTH: 01-12-60

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [X] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND: _____

(7) REMARKS: _____

(8) DATE: 12-20-01   ARRESTING OFFICER: T. Little
(9) AGENCY: USMS            PHONE: (305) 536-4628

150