UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

      Plaintiff,    :

vs.    :

LIDIA HERRERA,    :

      Defendant.    :
_____/



## NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.  Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By:  _____
                Timothy M. Day
                Assistant Federal Public Defender
                Florida Bar No. 360325
                1 E. Broward Boulevard
                Suite 1100
                Fort Lauderdale, Florida  33301
                (954) 356-7436
                (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

_16_ day of January, 2002 to Theresa Van Vliet, Esquire, United States Attorney's Office, 299 E.

Broward Blvd., Fort Lauderdale, Florida 33301 and to Tiwanna Johnson, United States Probation

Office, 14601 Oak Lane, Miami Lakes, Florida 33016.

Timothy M. Day

S:\DAY\Herrera\ASSIGN