

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.                                    CASE NO. 00-6137-CR-DIMITROULEAS

LIDIA HERRERA

TYPE OF CASE:                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                   **January 24, 2002  AT  10:15 A.M.**

TYPE OF                Final Revocation on Supervised Release Violation/Sentencing
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE:   January 22, 2002
                                   BY DEPUTY CLERK

cc:    Office of United States Attorney
       Timothy Day, AFPD
       Tiwanna Johnson, USPO

