PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63465

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

**Superseding Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **HERRERA, LIDIA**          Case Number: 00-6137-CR-WPD

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, US District Court Judge

Date of Original Sentence: August 28, 2000

Original Offense:   Knowingly and Willfully Having Knowledge of the Actual Commission of a Felony and not Immediately Making the Commission of the Felony Known, in violation of Title 18, US Code, § 4.

Original Sentence:   Five (5) months custody of the Bureau of Prisons, followed by one (1) year of supervised release, the first five (5) months of the period of supervised release to be spent on home detention, with the special condition to participate in an approved program for mental health and substance abuse as directed by the probation officer. Participation may include inpatient/outpatient treatment if deemed necessary. Defendant shall contribute to the costs of services rendered (co-payment) in amount to be determined by the probation officer, based on ability to pay or availability of third party payment.

Type of Supervision: Supervised Release          Date Supervision Commenced: January 24, 2000

Assistant U.S. Attorney:  
Theresa M.B. Van Vliet  
500 E. Broward Boulevard, 7th Floor  
Ft. Lauderdale, Florida 33301

Defense Attorney:  
Robert Berube, AFPD  
101 N. E. 3rd Avenue, Suite 202  
Ft. Lauderdale, Florida 33301

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63465

Name of Offender: **LIDIA HERRERA**    Case Number: 00-6137-CR-WPM

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about November 26, 2001, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our laboratory. Additionally, on November 27, 2001, she signed an "Admission of Drug Use Form," admitting to the use of cocaine on or about November 22, 2001. |
| 2. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 14 and 15, 2002, the supervised releasee submitted urine specimens which tested positive for the presence of cocaine in our laboratory. Confirmation from PharmChem Laboratories, Incorporated is pending. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by _____  
Tiwanna Johnson  
U.S. Probation Officer  
Phone: (305) 512-1805  
Date: January 17, 2002

---

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

January 22, 2002  
Date