# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6137-CR-WPD   DATE: January 24, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Tiuanne Johnson   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Lidia Herrera

U.S. ATTORNEY: Don Chase   DEFT. COUNSEL: Tim Day, AFPD

REASON FOR HEARING: Final Revocation of Supervised

RESULT OF HEARING: Release Violation. Deft waives right to initial appearance on the superseding allegations of the violation. Deft admits allegations. Supervision is Revoked. Deft sentenced to 3 months BOP.

Deft remanded to custody.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft informed of right to appeal.

