UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

LIDIA HERRERA

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

SS# 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
DOB: 1/12/1960

THIS CAUSE came before the Court on the 24th day of January, 2002 for final hearing for the revocation of the defendant's Supervised Release.

On the 28th day of August, 2000, this Court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 3 MONTHS.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 24 day of January, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    Donald Chase, AUSA
       Timothy Day, AFPD
       Tiwanna Johnson, USPO
       U.S. Marshal