FILED by D.C.
JAN 2 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

LIDIA HERRERA

SS# 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
DOB: 1/12/1960
55235-004

JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE came before the Court on the 24th day of January, 2002, for final hearing for the revocation of the defendant's Supervised Release.

On the 28th day of August, 2000, this Court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 3 MONTHS.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 24 day of January, 2002.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 1/24/02

WILLIAM P. DIMITROULEAS
United States District Judge

156

cc: Donald Chase, AUSA
Timothy Day, AFPD
Tiwanna Johnson, USPO
U.S. Marshal

03-06-02

For: Steve Mueller